**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

S.M.E.,                        :   No. 449 EAL 2016
                                     :
           Petitioner           :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
           v.                     :
                                       :
                                       :
R.J.E.,                       :
                                       :
           Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.